**Ogletree Deakins**

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**
*Attorneys at Law*

599 Lexington Avenue, Fl 17
New York, New York 10022
Telephone: 212.492.2500
Facsimile:  212.492.2501
www.ogletree.com

Jamie Haar
212.492.2070
jamie.haar@ogletreedeakins.com

October 19, 2018

**V**ia **ECF**

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
40 Foley Square, Room 2104
New York, New York 10007

RE:   *Phillip Sullivan, Jr. v. E! Entertainment Television, LLC*
       Index No.: 18-cv-05466 (RJS)

Dear Judge Sullivan:

We represent defendant E! Entertainment Television, LLC ("Defendant") in the above-referenced action. We write, together with counsel for Plaintiff, to advise the Court that the parties have reached a settlement in principal and are in the process of finalizing the settlement agreement. The parties expect to file a stipulation of dismissal with the Court in short order. In light of this development, the parties respectfully request that Your Honor stay all deadlines and conferences in this action – including the requisite deadline for Defendant to file an Answer, October 19, 2018, and the initial conference scheduled for November 16, 2018 at 10:00 AM.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.


By:   */s/ Jamie Haar*
        Jamie Haar


cc:   All counsel of record (by ECF)

36013300.1

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington