# Ogletree Deakins

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**
*Attorneys at Law*

599 Lexington Avenue, Fl 17
New York, New York 10022
Telephone: 212.492.2500
Facsimile:  212.492.2501
www.ogletree.com

Jamie Haar
212.492.2070
jamie.haar@ogletreedeakins.com

December 26, 2018

**VIA ECF**

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
40 Foley Square, Room 2104
New York, New York 10007

RE: *Phillip Sullivan, Jr. v. E! Entertainment Television, LLC*
Index No.: 18-cv-05466 (RJS)

At the parties' joint request, IT IS HEREBY ORDERED that the Court shall retain jurisdiction to enforce the settlement agreement in this case. See *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).

SO ORDERED
Dated: 1/14/19
RICHARD J. SULLIVAN
U.S.D.J.

Dear Judge Sullivan:

As your Honor is aware, we represent defendant E! Entertainment Television, LLC ("Defendant") in the above-referenced action. On behalf of all parties, and in accordance with Your Honor's Order dated December 17, 2018 and entered on December 18, 2018 (Docket No. 19), we respectfully request that Your Honor restore this action to the docket for the sole purpose of entering an order providing for the Court to retain jurisdiction over the parties and this action until December 1, 2020. In connection with that request, we have annexed hereto a joint stipulation of dismissal which includes the terms of the parties' settlement agreement.

We thank the Court for its consideration of this request.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: _/s/ Jamie Haar_
Jamie Haar

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 1/14/19

cc: All counsel of record (by ECF)

36818627.1

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington